# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RESTANI, JANE A. | U.S. COURT OF INTERNATIONAL TRADE | 06/27/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE (SENIOR STATUS) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

ONE FEDERAL PLAZA
NEW YORK, NEW YORK 10278-0001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE CHAIR OF MOHICAN CHAPTER | ADIRONDACK MOUNTAIN CLUB |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | CITY UNIVERSITY OF NEW YORK - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESCO MID CAP | A | Dividend | J | T | | | | | |
| 2. MFS - CORE EQUITY | A | Dividend | K | T | | | | | |
| 3. LORD ABBET TAX FREE | A | Interest | J | T | | | | | |
| 4. CT ST HLTH EDL BONDS | A | Interest | | | Redeemed | 07/01/16 | K | | |
| 5. U.S. SAVINGS BOND | D | Interest | | | Redeemed | 03/02/16 | K | | |
| 6. BLACKROCK-NATIONAL MUNICIPAL | B | Int./Div. | K | T | | | | | |
| 7. NUVEEN MUNI FUNDS (NUVEEN MUNI VALUE FUND INC.A) | A | Int./Div. | J | T | | | | | |
| 8. NUVEEN CT MUNI BOND | A | Int./Div. | K | T | | | | | |
| 9. NUVEEN QUAL MUNI INC FUND | B | Int./Div. | L | T | | | | | |
| 10. NUVEEN PREM INC. MUNI FUND | B | Int./Div. | L | T | | | | | |
| 11. NUVEEN EHCD AMT FREE MUN CRED | C | Int./Div. | L | T | | | | | |
| 12. NUVEEN MUNICIPAL VALUE FD 2 | B | Dividend | K | T | | | | | |
| 13. FIRST COUNTY BANK STAMFORD CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 14. MANUFACTURERS & TRADERS TRUST CO (M&T BANK) CASH ACCT | A | Interest | L | T | | | | | |
| 15. FRANKLIN TAX FREE CT | D | Interest | M | T | | | | | |
| 16. CT STATE BONDS (GENL OBLIG) | C | Interest | L | T | Redeemed (part) | 07/01/16 | K | | |
| 17. CT STATE SPEC TAX BOND A | A | Interest | | | Redeemed | 08/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVESCO MUNI BOND FUND | D | Int./Div. | M | T | | | | | |
| 19. MFS TOTAL RETURN FUND | A | Dividend | K | T | | | | | |
| 20. GEORGE PUTNAM BALANCED A | A | Dividend | J | T | | | | | |
| 21. PUTNAM TAX FREE HI YLD | B | Int./Div. | K | T | | | | | |
| 22. ALLIANCEBERSTEIN GR. & INC. FUND | A | Dividend | K | T | | | | | |
| 23. MFS MUNI LTD FUND | A | Int./Div. | J | T | | | | | |
| 24. MORGAN STANLEY (CASH) | A | Int./Div. | J | T | | | | | |
| 25. ISHARES TR RUSSELL MID CAP INDEX | A | Dividend | K | T | | | | | |
| 26. ISHARES RUSSELL 1000 VALUE INDEX | A | Dividend | | | Sold | 08/25/16 | L | D | |
| 27. ISHARES RUSSELL 1000 GROWTH INDEX | A | Dividend | K | T | | | | | |
| 28. ISHARES RUSSELL 2000 INDEX | A | Dividend | J | T | | | | | |
| 29. CONNECTICUT SPL OBLIG TAX BDS | B | Interest | J | T | | | | | |
| 30. BLACKROCK MUNIHOLDINGS INSURED | B | Dividend | K | T | | | | | |
| 31. METROPOLITAN TRANSPORT AUTH | A | Interest | J | T | | | | | |
| 32. DORMINITORY AUTH CITY UNV | A | Interest | J | T | | | | | |
| 33. ALLIANCEBERSTEIN LARGE CAP | A | Int./Div. | K | T | | | | | |
| 34. NEW YORK CITY TRANSISTION AUTH | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MORGAN STANLEY TAX-FREE DAILY INCOME TRUST | B | Interest | M | T | | | | | |
| 36. INVESCO EQUALLY WEIGHTED S&P 500 FUND | A | Dividend | J | T | | | | | |
| 37. INVESCO DIVERSIFIED DIVIDEND FUND | A | Dividend | J | T | | | | | |
| 38. ALLIANCE BERSTEIN GROWTH FUND | A | Dividend | J | T | | | | | |
| 39. BARON GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 40. BLACKROCK EQUITY DIVIDEND FUND | A | Dividend | J | T | | | | | |
| 41. ROYCE PREMIER FUND INV CLASS | A | Dividend | J | T | | | | | |
| 42. WELLS FARGO ADVANTAGE EMERGING MKTS | A | Dividend | J | T | | | | | |
| 43. HENDERSON INTERNATIONAL OPPORTUNITIES FD | A | Dividend | J | T | | | | | |
| 44. MAINSTAY LARGE CAP GROWTH FUND | A | Dividend | J | T | Buy | 08/30/16 | K | | |
| 45. PIMCO FOREIGN BOND (UNHEDGED) FUND | A | Dividend | J | T | | | | | |
| 46. COLUMBIA SELECT LG CP GROWTH | A | Distribution | J | T | | | | | |
| 47. DELAWARE VALUE C | A | Dividend | K | T | | | | | |
| 48. HENDERSON GLOBAL EQ INC A | A | Dividend | J | T | | | | | |
| 49. CAPITAL ONE N.A - CASH ACCT | A | Interest | K | T | | | | | |
| 50. PEOPLES UNITED BANK - CASH EQUIVALENT ACCTS | B | Interest | M | T | | | | | |
| 51. DELAWARE US GROWTH A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BRANDES INTERNATIONAL EQ A | A | Dividend | J | T | | | | | |
| 53. THORNBURG INTL GROWTH | A | Dividend | K | T | | | | | |
| 54. JP MORGAN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 55. LEGG MASON OPPORTUNITY TRST A | A | Dividend | J | T | | | | | |
| 56. HARTFORD MIDCAP A | A | Dividend | J | T | | | | | |
| 57. SANTANDER BANK, N.A. - CASH EQUIVALENT ACCTS | A | Interest | M | T | | | | | |
| 58. WELLS FARGO LARGE CAP CORE C | A | Dividend | | | Sold | 08/25/16 | K | A | |
| 59. INVESCO PREM US GOVT MNY INST | A | Dividend | J | T | | | | | |
| 60. WELLS FARGO EMERG MKTS EQ INST | A | Distribution | J | T | | | | | |
| 61. GUGGENHEIM TOTAL RETURN BD I | A | Int./Div. | J | T | | | | | |
| 62. FIRST TRUST VALUE LINE DIV INDEX FUND | A | Dividend | L | T | Buy | 08/25/16 | K | | |
| 63. FIRST TRUST CAPITAL STRENGTH ETF | A | Dividend | K | T | Buy | 08/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.

Pimco Total Return (Line 3 of 2015 Report) indicated as "sold part" on 11/09/15, but to the best of my knowledge was "sold" on 11/09/15. Please accept this as amendment to the 2015 Report.

Nuveen Muni Funds (Line 8 of 2015 Report) This entry combined all the Nuveen Accounts. The Nuveen Accounts have now been listed separately. Please accept this as amendment to the 2015 Reoport.

Line 14 - Manufacturers & Traders Trust Co., known as M & T Bank, is a Cash Account.

CT State Bonds (Line 12 of 2015 Report) This entry combined CT State Bonds-Genl Oblig and Ct State Spec Tax Bond A. Both are now listed separately. Please accept this as amendment to the 2015 Report.

Invesco Comstock (formerly Invesco Van Kampen Com) (Line 13 of 2015 Report) was sold on 04/07/15, Value Code K. Please accept this as amendment to the 2015 Report.

Willington CT Bond (Line 20 of 2015 Report) matured and was redeemed on 12/01/15, Value Code K. Please accept this as amendment to the 2015 Report.

Invesco Charter Fund A (Line 27 of 2015 Report) was sold on 02/25/15 not 12/01/15. Please accept this as amendment to the 2015 Report.

Western Asset Govt Reserves (Line 47 of 2015 Report) was a Smith Barney Market Fund at the time Smith Barney merged with Morgan Stanley. I believe that this asset is covered in Morgan Stanley (Cash) on Line 24. Please accept this as amendment to the 2015 Report.

Peoples United Bank-Bond (Line 56 of 2015 Report) This was the deposit of U.S. Savings Bond redeemed 12/01/15 and should not have been a separate entry because it was deposited in Peoples United Bank (Line 49 of 2015 Report). The correct name is Peoples United Bank-Cash Equivalent Accts. Please accept this as amendment to the 2015 Report.

Line 57 - Santander Bank, N.A.is a Cash Equivalent Accts

The following reported investments bought 12/11/15 should not have been separate entries in the 2015 Report. These are duplicates of assets that were already listed in the report. Please accept this as amendment to the 2015 Report. Going forward, we will list each fund once as listed in this 2016 Report.

- Royce Premier INv (Line 61 is a duplicate of Line 39 - 2015 Report)
- Baron Growth Institutional (Line 62 is a duplicate of Line 37 - 2015 Report)
- Henderson Intl Opport (Line 64 is a duplicate of Line 41- 2015 Report)
- Henderson Global Income (Line 65 is a duplicate of Line 46 - 215 Report)
- Mainstay Large Cap Grw (Line 66 is a duplicate of Line 42 - 2015 Report)
- Blackrock Equity Dividend (Line 67 is a duplicate of Line 38 - 2015 Report)

| Name of Person Reporting | Date of Report |
|---|---|
| RESTANI, JANE A. | 06/27/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JANE A. RESTANI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544